**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Massachusetts

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy        **12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Lori<br>First name<br>M.<br>Middle name<br>Bovarnick<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 6 7 0<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1    Lori M. Bovarnick
_____        Case number (*if known*)_____
First Name    Middle Name         Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN | _____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN<br><br>_____<br>EIN |
| **5. Where you live** | 20 Old Planters Road<br>_____<br>Number        Street<br><br>_____<br><br>Beverly                    MA      01915<br>_____<br>City                        State    ZIP Code<br>Essex County<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number        Street<br>_____<br>P.O. Box<br>_____<br>City                        State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number        Street<br><br>_____<br><br>_____<br>City                        State    ZIP Code<br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number        Street<br>_____<br>P.O. Box<br>_____<br>City                        State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Debtor 1      Lori M. Bovarnick _____      Case number (*if known*)_____
              First Name        Middle Name            Last Name

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____      Relationship to you _____

District _____  When _____  Case number, if known_____

Debtor _____      Relationship to you _____

District _____  When _____  Case number, if known_____

**11.  Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Lori M. Bovarnick _____    Case number (*if known*)_____
            First Name    Middle Name    Last Name

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____  _____  _____
City                                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

| Debtor 1 | Lori M. Bovarnick | Case number (*if known*)_____ |
| | First Name    Middle Name    Last Name | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Lori M. Bovarnick        Case number (*if known*)_____
      First Name     Middle Name     Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☑ No
     ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Lori M. Bovarnick _____      ✗ _____
    Signature of Debtor 1                    Signature of Debtor 2

    Executed on   08/21/2023 _____          Executed on _____
               MM / DD / YYYY                         MM / DD / YYYY

Debtor 1    Lori M. Bovarnick                                          Case number (*if known*)_____

         First Name     Middle Name     Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘  /s/ Joseph Butler                                          Date    08/21/2023
_____                              _____
Signature of Attorney for Debtor                               MM   /   DD  / YYYY

Joseph Butler
_____
Printed name

Joseph Butler
_____
Firm name

355 Providence Hwy
_____
Number    Street

_____

Westwood                                    MA        02090-1909
_____     _____     _____
City                                        State      ZIP Code

Contact phone  (781) 636-3638               Email address  jgb@jgbutlerlaw.com
             _____                       _____

544284                                      MA
_____             _____
Bar number                                  State

---

Alexandra Holmes
37 Balcomb Street
Salem, MA 01970

Alissa Marshall
13 Kings Road
Sharon, MA 02067

AMA
3131 Eastside Street
Suite 435
Houston, TX 77098

American Stone Design Inc.
4101 Archstone Ave
Tewksbury, MA 01876

Ana Cardona
20 Magazine Street
Boston, MA 02119

Andrew Sacher
14 Richland Road
Wellesley Hills, MA 02481

Angelina Finley
13 Oak Street
Danvers, MA 01923

Ashley Meany
2 Anthony Ave
Manchester, MA 01944

Bailey Buchanan Nowak
Metaxas Brown Pidgeon LLP
10 Elm Street, 2nd Floor
Danvers, MA 01923

Birchwood Capital Partners
4 Reservoir Circle
Pikesville, MD 21208

Boston Electric Solutions, Inc.
209 Eliot Street
Milton, MA 02186

Canavan Plastering
539 West Water Street
Rockland, MA 02370

Capybara Capital, LLC
6501 Congress Ave
Suite 140
Boca Raton, FL 33487

Carmella Horlitz
385 College Road
Concord, MA 01742

CFG Merchant Solutions
180 Maiden Lane
Suite 1502
New York, NY 10038

Charles J. Borque
110 Kodiak Way
Unit 2825

Charles River Landing Ltd
33 4th Street
Needham, MA 02194

Chimdi Uchendu
23 Morly Street
Boston, MA 02119

Christopher and Christine Howe
16 Windsor Road
Somerville, MA 02144

Chrome Capital Funding
1130 Bedford Avenue
No 68
Brooklyn, NY 11216

Credit One Bank NA
PO Box 98875
Las Vegas, NV 89193

Daniel Grosky
38 Orchard Hill Drive
Sharon, MA 02067

Finlay Cabinetry
1551 Central Street
Stoughton, MA 02072

First PREMIER Bank
PO Box 1348
Sioux Falls, SD 57101-1348

First Progress Card
PO Box 9053
Johnson City, TN 37615-9053

Frank Plati
21 Tedesco Street
Marblehead, MA 01945

Gabriel Oliveira
285 Commercial Street
Braintree, MA 02184

Granite Plus
9 Progress Avenue
Chelmsford, MA 01824

Guaranty Fund Administrator,
Office of Consumer Affairs and Bus Regua
501 Boylston Street, Suite 501
Boston, MA 02116

Howard Beader
20 Old Planters Road
Beverly, MA 01915

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James Mitchell
44 Michele Lane
Braintree, MA 02184

Jeanne Sweazy
16 Edgewood Road
Middleton, MA 01949

John A. Grasso
29 Willard Grant Road
Sudbury, MA 01776

John Oliver Irrigation
252 River Road
Unit 2
Winthrop, MA 02152

Jonathan Bamel
28 Winston Road
Newton Center, MA 02459

Jonathan Bamel
64 Columbus Street
Newton Highlands, MA 02461

Jonathan Helman, Esq
1340 Centre Street
Suite 205
Newton Center, MA 02459

Kelsey Kalitz
3 Clinton Road
Revere, MA 02151

Kris Snyder
135 Ocean Ave West
Salem, MA 01970

L.A.J. Construction Corp
18 Auburn Ave
Methuen, MA 01844

Lane Goldberg
Goldberg Law
4 Court Street , Suite 200A
Plymouth, MA 02360

Legacy Capital 26 LLC
921 A N Bethlehem Pike
Unit 2
Ambler, PA 19002

Legacy Capital LLC
200 Garden City Plaza
Suite 405
Garden City, NY 11530

Lily Amiri
59 Stonegate Drive
Plymouth, MA 02360

LMD Construction  and Design LLC
300 Second Avenue
Unit 3167
Needham, MA 02494

Mass Department of Revenue
Bankruptcy Unit
PO Box 9554
Boston, MA 02114

Mass Franco Tile
499A Hingham Street
Rockland, MA 02370

Michael Colacino
46 Burnside Street
Medford, MA 02155

Michael J. Lombardi
Lombardi & Associates
111 Tremont St
Brighton, MA 02135

Michael Lewis
209 Walnut Ave
Boston, MA 02119

Mother Construction Corp
20 Old Planters Road
Beverly, MA 01915

Needham Bank
1063 Great Plain Avenue
Needham, MA 02492

Nicole Brietzke
140 Sesame Street
Dracut, MA 01826

Office of Consumer Affairs and Business Regul
501 Boylston Street
Suite 5100
Boston, MA 02116

Paul and Marie Ripa
34 Houghton Street
Somerville, MA 02143

Prestige
246 Forest Street
Methuen, MA 01844

Prime Electrical
36 Briarwood Lane
Marlborough, MA 01752

Quantum Mechanical LLC
34 Hawkes Street
Saugus, MA 01906

Saba HVAC Services LLC
89 Brookdale Circle
Shrewsbury, MA 01545

Sarno Glass and Mirror Inc.
15 Sullivan St
Revere, MA 02151

Second Wind Consultants Inc.
17 New South St
Suite 304
Northampton, MA 01060

Sharon Hale and Nikki Zeigle
17 Priest Road
Watertown, MA 02472

Smooth Construction Services, Inc.
20 Heaths Ct
N 102
Lynn, MA 01905

Steven D'Angelo
151 Grove Street
Wellesley, MA 02482

Steven Russian
110 Elm Street
Milton, MA 02186

T&H Hardwood Flooring, Inc.
789 Lincoln St
Waltham, MA 02154

Timothy Rodden Jr.
Upper Charles Law Group
81 Hartwell Ave, Suite 101
Lexington, MA 02421

Triton Recovery Group
19790 W Dixie Highway
Suite 301
Miami, FL 33180

U.S. Small Business Administration
10 Causeway Street
Boston, MA 02222

Vellox Construction Corp
1754 State Road
Plymouth, MA 02360

Vesper G. Barnes
Law Office of Vesper Gibbs Barnes
10 Malcolm X Blvd, Suite 2
Boston, MA 02119


VIP Espinoza Painting, LLC
181 Washington Street
Apt 103
Somerville, MA 02143


Vivian Sternweiler
48 Turnstone Terrace
Stoughton, MA 02072


Whittemore's Landscape Design/Irrigation Inc.
305 Bedford St
East Bridgewater, MA 02333


Young and Son
2 Blossom Street
Woburn, MA 01801

United States Bankruptcy Court

District of Massachusetts

In re:  Lori M. Bovarnick                                             Case No.

                                                                      Chapter   7

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   _____08/21/2023_____               /s/ Lori M. Bovarnick
                                           _____
                                           Signature of Debtor


                                           _____
                                           Signature of Joint Debtor